**Order entered January 28, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01008-CV

## IN RE OFFICE OF THE ATTORNEY GENERAL OF TEXAS, Relator

**Original Proceeding from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-54807-2011**

### ORDER
Before Justices Pedersen, III, Carlyle, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus, and **DENY** the motion for temporary stay as moot.

/s/    BILL PEDERSEN, III
JUSTICE